Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000411
14-FEB-2019
09:56 AM

NO. CAAP-17-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EDWARD A. TAGUCHI, JR., Claimant-Appellant, v.
SWINERTON BUILDERS NORTHWEST, INC., Employer-Appellee,
and ZURICH NORTH AMERICAN INSURANCE COMPANY/GALLAGHER BASSETT
SERVICES, INC., Insurance Carrier/Appellees

APPEAL FROM LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-256)

AMENDED ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the January 22, 2019 motion for reconsideration of the January 11, 2019 order granting motion to dismiss appeal with prejudice (Motion) filed by Claimant-Appellant Edward A. Taguchi, Jr., (Taguchi) pro se, it appears that Taguchi asserts he did not receive any correspondence from the court or the appellees since filing his opening brief in June 2018. However, the record shows that Taguchi was served via mail

at his address of record with the motions filed by appellees and the court's orders dated July 2, 2018 and January 11, 2019.

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawai'i, February 14, 2019.



Chief Judge



Associate Judge

Associate Judge